## BILL ROY HENDERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Bill Roy Henderson's petition for certification for appeal from the Appellate Court, 129 Conn. App. 188 (AC 32039), is denied.

*Wayne A. Francis*, assigned counsel, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided November 8, 2011

## HENRY J. MARTOCCHIO *v.* STEPHANIE SAVOIR ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 130 Conn. App. 626 (AC 31363), is denied.

*Henry J. Martocchio*, pro se, in support of the petition.

Decided November 8, 2011

## MARIA F. MCKEON *v.* WILLIAM P. LENNON

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 585 (AC 30068), is denied.

*Proloy K. Das* and *Debra C. Ruel*, in support of the petition.

*Campbell D. Barrett* and *Jon T. Kukucka*, in opposition.

Decided November 8, 2011